## SECOND AMENDMENT TO AGREEMENT

This Second Amendment to Agreement (the "Amendment") is made this ____ day of September, 2017, by and between Billie Lawless ("Artist"), and CLEVELAND STATE UNIVERSITY ("CSU").

WHEREAS, CSU and Artist entered into that certain Agreement dated July 25, 2008 (the "Agreement"), whereby CSU leased from Artist a sculpture entitled "The Politician, A Toy", consisting primarily of an abstract character made of steel, wood, fibers and lights, with moving wheels and mouth; and.

WHEREAS, the Agreement which was originally for five years expired on August 31, 2013; and,

WHEREAS, CSU continued to pay rent for the sculpture during a one-year holdover period which ended August 31, 2014; and,

WHEREAS, CSU and Artist mutually revised this Agreement by terms of a First Amendment dated January 30, 2015 extending this Agreement for an additional three (3) years ended August 31, 2017; and

WHEREAS, CSU and Artist mutually agree to extend the First Amendment and the underlying Agreement for an additional term of three (3) years, amend the terms and conditions of the Agreement by this Amendment.

NOW, THEREFORE, CSU and Artist agree as follows:

1. The term of this Amendment shall commence on September 1, 2017 and terminate on August 31, 2020.

2. Except as modified amended hereby, CSU and Artist each ratifies and affirms the terms of the Agreement and First Amendment, which are attached and incorporated by this reference as though fully rewritten here.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment on the day and year first above written.

CLEVELAND STATE UNIVERSITY

_____
Stephanie McHenry
Vice President for Business Affairs and Finance

APPROVED AS TO LEGAL FORM
Signature _____
Title Associate General Counsel
Office of General Counsel
Cleveland State University
Date 22 September 2017

ARTIST

_____
Billie Lawless
Artist

THE POLITICIAN, A TOY, INC.:

_____
Svetlana Schreiber, President

1

STATE OF OHIO           )
                        ) SS:
COUNTY OF CUYAHOGA      )

BEFORE ME, a Notary Public in and for said County and State, personally appeared the above-named, Artist did execute the foregoing instrument and that the same is the free act and deed of said Artist.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affix my official seal at Cleveland, Ohio, this 19 day of Sept., 2017.

                                                               Carmen A. Rivera
                                                 Notary Public CARMEN A. Rivera
                                                              Expire day
                                                              Aug 11, 2021

STATE OF OHIO           )
                        ) SS:
COUNTY OF CUYAHOGA      )

BEFORE ME, a Notary Public in and for said County and State, personally appeared the above-named CLEVELAND STATE UNIVERSITY by Stephanie McHenry its CFO, who acknowledged that he/she did execute the foregoing instrument and that the same is the free act and deed of said institution and his/her free act and deed as such officer.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affix my official seal at Cleveland, Ohio, this 28th day of September, 2017.

                                                     Dayrnice Chavis
                                                     Notary Public

**DAYRNICE CHAVIS**
Notary Public, State of Ohio
My commission expires
August 4, 2020

2



# Cleveland State University

**Facilities Administration**

October 5, 2017

Mr. Billie Lawless
c/o Svetlana Schreiber & Associates
2510 St. Clair Ave.
Cleveland, OH 44114

Dear Billie,

Enclosed is a fully executed copy of the second amendment to the agreement for use of the sculpture – The Politician, A Toy.

Sincerely,

James E. Gross CPA
Director, Facilities Administration & Fiscal Operations