FILED
FEB - 8 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Billie Lawless et al, | Case No. 1:19-CV-178 |
| Plaintiffs, | Judge Dan Aaron Polster |
| vs. | **STIPULATED DISMISSAL ENTRY** |
| Cleveland State University et al, | |
| Defendants. | |

The Court held a Case Management Conference February 8, 2019, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiffs

_____
Attorney for Defendants

_____
Attorney for Plaintiffs

_____
Attorney for Defendants

**IT IS SO ORDERED.**

_____ 2/8/2019
Dan Aaron Polster                      Date
United States District Judge